IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SALVATORE BERARDI** <br> *Plaintiff* | :    **CIVIL ACTION** <br> : <br> :    **NO. 13-7488** |
| **v.** | : <br> : |
| **DREXEL UNIVERSITY** <br> *Defendant* | : <br> : |

# O R D E R

**AND NOW,** this 27th day of May 2014, upon consideration of Defendant's *motion to dismiss* [ECF 7], Plaintiff's response in opposition thereto [ECF 8], the reply [ECF 9], and Plaintiff's amended complaint [ECF 4], consistent with the memorandum opinion filed on this day, it is hereby **ORDERED** that Defendant's motion to dismiss is **GRANTED**, and this matter is dismissed. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.